Griesa

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/09

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

EON-NET, L.P.

        Plaintiff,

v.

B&H FOTO & ELECTRONICS CORP.,

        Defendant.

Case No. 1:09-cv-00150 (TPG)

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice. Each party shall bear its own costs and attorneys' fees.

June 4, 2009

By: _____
Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Attorneys for plaintiff Eon-Net, L.P.

June 4, 2009

By: _____
Aaron Stiefel
Kaye Scholer LLP
425 Park Avenue,
New York, NY 10022
Tel: (212) 836-8442
Fax: (212) 836-6442

Attorneys for defendant B&H Foto & Electronics Corp.

IT IS SO ORDERED.

Dated: ~~June~~ July 1, 2009

_____
Thomas P. Griesa, U.S.D.J.